AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>AARON MORALES<br>a/k/a ACE<br><br>Defendant | )<br>)<br>) Case No. 1:18-CR-23-01<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AARON MORALES a/k/a ACE                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE HEROIN AND COCAINE BASE

Date:   01/24/2018

*Issuing officer's signature*

City and state:   Harrisburg, Pennsylvania

Paula Rowe, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*