## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 18cr23(1) |
| | : | |
| vs. | : | Judge Jones |
| | : | |
| Aaron Morales | : | |
| Defendant | | |

### MOTION TO WITHDRAW PLEA

Now, this 29ᵗʰ day of October, 2020, the Defendant in the above-captioned case, in open court, moves this court to be permitted to withdraw my plea of not guilty and to enter a plea of guilty to Counts 1 of the Indictment

**Aaron Morales**

### ORDER

AND NOW, this 29th day of Oct., 2020, the motion is granted.

John E. Jones III, Chief Judge
United States District Judge

### GUILTY PLEA

NOW, this 29ᵗʰ day of October 2020, the defendant in open court enters a plea of guilty to counts 1 of the Indictment.

**Aaron Morales**